IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:21CR134** |
| v. | **ORDER** |
| LESLIE J. GRABER, | |
| Defendant. | |

This matter is before the Court on the government's Motion to Withdraw Filing (Filing No. 42). The government requests leave to withdraw the Adoption of the Revised Presentence Investigation Report and Plaintiff's Statement (Filing No. 40) and file an objection to the Revised Presentence Investigation Report. The Court finds the motion should be granted.

IT IS ORDERED:

1. The government's Motion to Withdraw (Filing No. 42) is granted.

2. The government shall file its Objection to the Revised Presentence Investigation Report no later than February 8, 2022.

Dated this 7th day of February 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge